IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01672-WDM-MJW

AARON E. RASCO,

    Plaintiff,

v.

CHARLES TAYLOR,
MIKE SIMONICH,
CHRIS D'AMOUR,
BRANDON COLBERT,
FRANK HOLDERMAN,
JEFF FUNEY,
JEFF MAIZE, and
RICHARD VANDZANT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 3 2006

GREGORY C. LANGHAM
               CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 10/27/06

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01672-WDM-MJW

Aaron E. Rasco
Prisoner No. 108632
Bent County Correctional Facility
11560 Road FF.75 - CH5-E-106B
Las Animas, CO 81054-9573

US Marshal Service
Service Clerk
Service forms for: Charles Taylor, Mike Simonich,
Chris D'Amour, Brandon Colbert, Frank Holderman,
Jeff Funey, Jeff Maize, and Richard Vandzant,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following forms to the U.S. Marshal for process of service on:Charles Taylor, Mike Simonich, Chris D'Amour, Brandon Colbert, Frank Holderman, Jeff Funey, Jeff Maize, and Richard Vandzant: AMENDED COMPLAINT FILED 9/11/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/3/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk