IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-01672-WDM-MJW

AARON E. RASCO,

    Plaintiff,

v.

CHARLES TAYLOR, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 16, 2007.

                      BY THE COURT:

                      s/ Walker D. Miller
                      United States District Judge